# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | | |
|---|---|---|
| **CLAY MASSI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:08-CV-213** |
| | ) | **(Phillips)** |
| **JAMES HARRISON, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motions to dismiss filed by defendants James Harrison, Law Firm of Taylor, Reams, Tilson & Harrison, Davonna Foley and Scott Leslie, the Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendants' motions,

**IT IS ORDERED AND ADJUDGED** that defendants' motions to dismiss [Docs. 6, 12] are **GRANTED,** that the plaintiff Clay Massi take nothing, that this action be **DISMISSED WITH PREJUDICE** on the merits, and that the defendants James Harrison, Law Firm of Taylor, Reams, Tilson & Harrison, Davonna Foley and Scott Leslie recover of the plaintiff Clay Massi their costs of action.

Dated at Knoxville, Tennessee, this _____ day of October, 2008.


_____s/ Patricia L. McNutt_____
Clerk of Court