UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| CLAY MASSI, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:08-CV-213 |
| | ) | (Phillips) |
| JAMES HARRISON, et al., | ) | |
|     Defendants. | ) | |

## ORDER

This matter is before the court on the plaintiff's *pro se* motion for relief from judgment [Doc. 40]. The court finds the motion untimely under Rule 60(b)(4) of the Rules of Civil Procedure, and the motion is **DENIED.**

                                            **ENTER:**

                                                  s/ Thomas W. Phillips
                                            United States District Judge